IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:18-CR-419-MHT |
| | ) | |
| MICHAEL BRANDON SMIRNOFF | ) | |

MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL
PURSUANT TO UNITED STATES SENTENCING GUIDELINE § 3E1.1(b)
FOR ACCEPTANCE OF RESPONSIBILITY

The United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, Assistant U.S. Attorney Ben Baxley, and Civil Rights Division Trial Attorney Michael J. Songer, hereby submits the following:

1. The defendant qualifies for a reduction in his sentence pursuant to U.S.S.G. § 3E1.1(b) because he assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2. Accordingly, pursuant to U.S.S.G. § 3E1.1(b), the United States respectfully moves this Court to reduce the defendant's offense level by one (1) level. Combined with the two (2) level reduction applied to the defendant's offense level pursuant to U.S.S.G. § 3E1.1(a), a total reduction of three (3) levels should be applied to the defendant's offense level for his acceptance of responsibility.

Respectfully submitted this the 11th day of July, 2019.

                                LOUIS V. FRANKLIN, SR.
                                UNITED STATES ATTORNEY

                                <u>/s/Ben M. Baxley</u>
                                BEN M. BAXLEY
                                Assistant United States Attorney
                                131 Clayton Street
                                Montgomery, AL  36104
                                Phone: (334) 223-7280
                                Fax: (334) 223-7135
                                E-mail: ben.baxley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:18-CR-419-MHT |
| | ) | |
| MICHAEL BRANDON SMIRNOFF | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

/s/Ben M. Baxley
Ben M. Baxley
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Email: ben.baxley@usdoj.gov