IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr419-MHT |
| | ) | (WO) |
| MICHAEL BRANDAN SMIRNOFF | ) | |

ORDER

By agreement of the parties in open court on July 18, 2019, it is ORDERED that the correct spelling of the defendant's name is "Michael Brandan Smirnoff," and all previously filed documents are so corrected. The defendant's middle name was previously incorrectly spelled. The clerk of the court shall correct the spelling in the docket sheet.

DONE, this the 19th day of July, 2019.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE